EVA LAWRENCE, Guardian, etc.

*v.*

THE CITY OF CHICAGO.

APPEAL from the Superior Court of Chicago; the Hon. JOSEPH E. GARY, Chief Justice, presiding.

Mr. SANFORD B. PERRY, for the appellant.

Mr. S. A. IRVIN, for the appellee.

Mr. CHIEF JUSTICE BREESE: This case is, in all respects, identical with the preceding case of *Wright* v. *The City of Chicago*, and is decided in the same way. The judgment is affirmed.

*Judgment affirmed.*